Probation Form No. 35
(1/92)

Report and Order Terminating Probation /
Supervised Release
Prior to Original Expiration Date

## UNITED STATES DISTRICT COURT
### for the
## SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.                                    Docket No. 10 CR 805-01 (CM)

Kurt Cousins

On March 14, 2019, the above named was placed on Supervised Release for a period of 84 Months. He has complied with the rules and regulations of Supervised Release and is no longer in need of supervision. It is accordingly recommended that Kurt Cousins be discharged from Supervised Release.

Respectfully submitted,

by   _____
        Robert Terry-Brooks
        U.S. Probation Officer

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from Supervised Release and that the proceedings in the case be terminated.

Date this ___16___ day of ___July___ , 20 _24_ .

_____
Honorable Colleen McMahon
Senior U.S. District Judge